**DISMISS and Opinion Filed June 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00088-CV

## IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-1368-3**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Lang

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/Douglas S. Lang/
DOUGLAS S. LANG
140088F.P05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE ESTATE OF: ROBERT S. KAM, DECEASED

No. 05-14-00088-CV

On Appeal from the Probate Court No. 3, Dallas County, Texas.
Trial Court Cause No. PR-11-1368-3.
Opinion delivered by Justice Lang. Justices Myers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, David Kam, recover his costs of this appeal from appellant, Justin Kam.

Judgment entered this 9th day of June, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE